UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Master File No. 00-1334-MD-MORENO**
**Tag-Along Case No. 06-21156-CIV-MORENO**

IN RE: MANAGED CARE LITIGATION

---

MICHAEL D. McCORD, M.D., P.A.,

    Plaintiffs,

vs.

AETNA HEALTH, INC. and AETNA U.S. HEALTHCARE, INC.,

    Defendants.
_____/



## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DISMISSING CASE WITHOUT PREJUDICE

THE MATTER was referred to the Honorable Edwin G. Torres, United States Magistrate Judge for a Report and Recommendation on the Defendants' Motion to Dismiss **(D.E. No. 16)**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 27)** on **March 13, 2009**. The Court reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Edwin G. Torres's Report and Recommendation **(D.E. No. 27)** on **March 13, 2009** is **AFFIRMED** and **ADOPTED**. The Plaintiff's claims are preempted by ERISA because (1) a relevant ERISA plan is present; (2) the Plaintiff has standing to sue under ERISA; (3) the Defendants are ERISA entities; and (4) the

Complaint seeks relief akin to what is available under 29 U.S.C. §1132(a). *Butero v. Royal Maccabees Life Ins. Co.*, 174 F.3d 1207, 1212 (11th Cir. 1999). Accordingly, it is

**ADJUDGED** that the Defendants' Motion to Dismiss the Class Action Complaint is GRANTED, WITHOUT PREJUDICE to the Plaintiff filing an ERISA suit after exhausting administrative remedies, if he is unsuccessful with his administrative claim.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of March, 2009.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Edwin G. Torres
Counsel of Record